IN THE SUPREME COURT OF TEXAS

 No. 05-0838

 IN RE EDWARD WERNECKE AND MICHELE WERNECKE

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed October 6, 2005, is
granted. The order dated September 20, 2005, in Cause No. 05-60955-5,
styled In the Interest of K.W., J.W., J.W., and J.W., Minor Children, in
the County Court at Law No 5 of Nueces County, Texas, is stayed pending
further order of this Court.

 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., October 17, 2005.

 Done at the City of Austin, this October 7, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk